IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, #227301, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv744-F |
| ) | (WO) |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendations (Doc. #7 and #8)[1] of the Magistrate Judge filed herein on October 20, 2005 and October 24, 2005 respectively, said Recommendations are hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for failure of the plaintiff to pay the initial partial filing fee in compliance with the orders of this court.

Done this 14th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] These recommendations are identical; the second was entered by mistake.