IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, #227301, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JAMES DELOACH, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:05cv744-F<br>(WO) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is dismissed, and that the defendants recover the costs of this action.

Done this 14th day of November, 2005.

                                              /s/ Mark E. Fuller

                                      CHIEF UNITED STATES DISTRICT JUDGE